IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHERYL BERMAN, | ) | |
| | ) | 8:05CV385 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| VETERANS AFFAIRS, | ) | |
| R. James Nicholson, Secretary, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| CHERYL BERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CV445 |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| VETERANS AFFAIRS, | ) | |
| R. James Nicholson, Secretary, | ) | |
| | ) | |
| Defendant. | ) | |

These matters are before the court following a telephone conference with counsel on March 17, 2006. The plaintiff was represented by Leanne A. Gifford, and the defendant was represented by Assistant United States Attorney Robert L. Homan. The parties requested the planning conference be continued pending an independent review of plaintiff's employment status to be completed at the end of April 2006. The request is granted.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **May 19, 2006** at **11:00 a.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

**IT IS FURTHER ORDERED:**

The plaintiff shall provide the mandatory disclosure described in Fed. R. Civ. P. 26(a)(1) **on or before March 31, 2006**, or show cause why sanctions should not be imposed for failure to make such disclosures.

Dated this 17th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge