# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHERYL BERMAN, | ) | |
| Plaintiff, | ) | 8:05CV385 |
| v. | ) | ORDER |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, R. James Nicholson, Secretary, | ) | |
| Defendant. | ) | |
| CHERYL BERMAN, | ) | |
| Plaintiff, | ) | 8:05CV445 |
| v. | ) | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, R. James Nicholson, Secretary, | ) | |
| Defendant. | ) | |

Upon consideration of the Stipulation for Entry of Protective Order (Filing No. 26 in case 8:05CV385 and Filing No. 14 in case 8:05CV445), the stipulation is adopted.

**IT IS ORDERED**:

1. Documents contained within the personnel files of Department of Veterans Affairs Medical Center (VAMC) employees relevant to disputed facts alleged with particularity in the pleadings or needed in the pursuit of this case from the defendant, related to Plaintiff's claims of discrimination, shall be protected from further disclosure by Plaintiff and her counsel in this case.

2. The plaintiff and her counsel shall treat the information as confidential, and shall not disclose the information or use the information for any purpose, without further order of the Court.

DATED this 27th day of November, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge