IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHERYL BERMAN, | ) |
| | ) Case Nos.: 8:05cv385 and 8:05cv445 |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| VETERANS AFFAIRS, R. James Nicholson, | ) |
| Secretary, | ) |
| | ) |
| Defendant. | ) |

This matter came on for determination upon the Stipulation and Motion of the parties that the case be dismissed with prejudice (filings 37 and 24, respectively), each party to bear their own costs, and complete record waived. The Court, being fully advised in the premises, finds that such an order should issue.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice, each party to bear their own costs, and complete record waived.

DATED this 10th day of May, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
CHIEF JUDGE